PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Steven Soto                    Cr.: 20-00585-001
                                                                     PACTS #: 6342523

Name of Sentencing Judicial Officer:    THE HONORABLE MARK L. WOLF
                                        UNITED STATES DISTRICT JUDGE (D/MA)

Name of Assigned Judicial Officer:      THE HONORABLE JOHN MICHAEL VAZQUEZ
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/18/2013

Original Offense:    Mail Fraud, 18 U.S.C. § 1341 (5 Counts)
                     Aggravated Identity Theft, 18 U.S.C. § 1028A (6 Counts)

Original Sentence: 65 months imprisonment, 48 months supervised release

Special Conditions: Prohibited from the Use of False Identification, Employment Restrictions, Mental Health Treatment, New Debt Restrictions, Internet Restrictions, Financial Disclosure, and $1,055,474 in Restitution.

Type of Supervision: Supervised Release            Date Supervision Commenced: 07/02/2018

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy restitution |

U.S. Probation Officer Action:

Throughout his term of supervised release, Soto has paid $5,820.81 towards his restitution. The individual under supervision's term of supervision is due to expire on July 1, 2022, with an outstanding restitution balance of $1,049,342.90. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of the person under supervision's earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgment, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Prob 12A – page 2
Steven Soto

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
Supervising U.S. Probation Officer

/ kam
PREPARED BY:

*Kelly A. Maciel*        04/08/2022
KELLY A. MACIEL          Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Allow Supervision to Expire as Scheduled on July 1, 2022 (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

4/8/2022
Date